468

No. 15–0574/AR. U.S. v. Brent A. Burke. CCA 20120448. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 8, 2015.

Thursday, May 21, 2015

No. 15–0579/AR. U.S. v. Willie H. Patrick. CCA 20130761. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 9, 2015.

No. 15–0580/AF. U.S. v. Craig A. Leblanc. CCA 38396. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 9, 2015.